**FILED**

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0582

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0582

_____

WILKINSON, LLC and JACK COUCH,

       Plaintiffs and Appellants,

  v.

SCOTT and CINDY ERLER, LLP, SCOTT
ERLER, individually, and DOES 1-10,

       Defendants and Appellees.

O R D E R

_____

       Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

       The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray J. Dayton, District Judge.

For the Court,

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 9 2021